William M. Aron (SBN No. 234408)
ARON LAW FIRM
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

Bogdan Enica, Esq (*Pro Hac Vice*)
1200 N Federal Hwy, Ste.300
Boca Raton FL 33432
Telephone: (305) 306-4989
Email: bogdan@keithgibsonlaw.com

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIN POP, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JAXXON, LLC., EMILY SEARS, EMILY TANNER, SOFIA BEVARLY, and KAYLYN SLEVIN,<br><br>    Defendants. | Case No.: 8:25-cv-311-SVW-ADS<br><br>Hon. Stephen V. Wilson<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

8:25-cv-00311-SVW-ADS

Plaintiff, ALIN POP, by his undersigned attorneys Bogdan Enica, and William M. Aron, Plaintiff Alin Pop hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Civil Rule 41-1.

On January 9, 2026, the Court dismissed Plaintiff's First Amended Complaint as to Jaxxon. LLC and Sofia Bevarly, after concluding that Plaintiff failed to adequately plead the amount in controversy necessary to establish federal jurisdiction under the Class Action Fairness Act. Specifically, the Court held that "Plaintiff does not allege with sufficient particularity the facts required to establish the $5,000,000 amount in controversy required for CAFA jurisdiction," and further found that "simple arithmetic reveals that the amount in controversy would not be met." (ECF #45 at 3–4.)

In light of the Court's jurisdictional determination, Plaintiff elects to voluntarily dismiss this action in its entirety and intends to refile his claims in California state court.

Plaintiff further provides notice that, pursuant to 28 U.S.C. § 1367(d), the statute of limitations applicable to any state-law claims asserted in this action has been tolled during the pendency of this case and for a period of thirty (30) days after dismissal, or longer as provided by state law.

This Notice is filed prior to the service or filing of any answer or motion for summary judgment by any Defendant. Accordingly, dismissal is effective upon filing.

Dated: February 3, 2026

Respectfully Submitted,

s/Bogdan Enica
Bogdan, Enica, Esq. (*Pro Hac Vice*)
**KEITH GIBSON LAW P.C.**
20283 State Rd. 7,
Boca Raton FL 33498
Telephone: (305) 306-4989
Email: Bogdan@KeithGibsonLaw.com

- 2 -

NOTICE OF VOLUNTARY DISMISSAL

8:25-cv-00311-SVW-ADS

William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
Email: Bill@AronLawFirm.com

*Attorneys for Plaintiff and the
Putative Class Members*

- 3 -

NOTICE OF VOLUNTARY DISMISSAL

8:25-cv-00311-SVW-ADS

## Certificate of Service

I certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

Dated: February 3, 2026

/s/ Bogdan Enica
Bogdan Enica (Pro Hac Vice)
KEITH GIBSON LAW, P.C.

- 4 -

NOTICE OF VOLUNTARY DISMISSAL

8:25-cv-00311-SVW-ADS